**United States Bankruptcy Court**
**Central District of California, Los Angeles Division**

| | |
|---|---|
| IN RE: | Case No. **2:12-bk-26069-RK** |
| **Shay, Allen Bernard** | Chapter **7** |
| Debtor(s) | |

## AMENDED SCHEDULES OR DOCUMENTS

A filing fee of $30 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes ✓ No

Indicate below which schedule(s) is(are) being amended.

A ✓    B ✓    C ✓    D ✓    E ___    F ___    G ___    H ___    I ✓    J ___

Statement of Affairs ___    Statement of Intentions ___    Other ✓

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

Date: 6/20/2012

Signature: *Allen B. Shay*
                                                                    *Debtor*

Signature: _____
                                                (Joint Debtor, if any)

*** FOR COURT USE ONLY ***

FILED
JUN 21 2012
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California, Los Angeles Division

IN RE:                                                                 Case No. 2:12-bk-26069-RK

Shay, Allen Bernard                                                    Chapter 7

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $ 3,071,009.00 | | |
| B - Personal Property | Yes | 3 | $ 90,391.07 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 3,776,158.25 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 68,259.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 426,129.37 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 24,491.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 25,927.43 |
| TOTAL | | 20 | $ 3,161,400.07 | $ 4,270,546.62 | |

**United States Bankruptcy Court**
**Central District of California, Los Angeles Division**

IN RE:                                                                                   Case No. **2:12-bk-26069-RK**

**Shay, Allen Bernard**                                                                  Chapter **7**
_____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 68,259.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 68,259.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 24,491.00 |
| Average Expenses (from Schedule J, Line 18) | $ 25,927.43 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 4,641.83 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 711,318.75 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 68,259.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 426,129.37 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1,137,448.12 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE Shay, Allen Bernard _____    Case No. 2:12-bk-26069-RK _____
                    Debtor(s)                                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Debtor's raw land located at Lot APN:5758-001-007<br>purchase date: 5/1991<br>purchase price: $30,000.00<br>Current market value: $1,000.00<br>Cost of sale (-8%): $80.00<br>Encumberences: $0.00<br>Net Equity: $920.00<br>(paid in full) | Fee Simple | | 1,000.00 | 0.00 |
| Debtor's real property located at 65 Figueroa Ave., Altadena, CA -Single Family Residence<br>purchase date: 10/05<br>purchase price: $500,000.00<br>Current market value: $332,400.00<br>Cost of sale (-8%): $26,592.00<br>Encumberances: $ 444,702.00<br>Net Equity: $0.00 | Fee Simple | | 332,400.00 | 444,702.00 |
| Debtor's real property located at: 312 Camilia Ave., Ontario, CA 91763 - 4 Unit Residence<br>purchase date: 6/05<br>purchase price: $650,000.00<br>Current market value: $439,400.00<br>Cost of sale (-8%): $35,152.00<br>Encumberences: $507,500.00<br>Net Equity: $0.00 | Fee Simple | | 439,400.00 | 507,500.00 |
| Debtor's real property located at: 80 Arlington Dr., Pasadena, CA 91105 - SFR<br>purchase date: 5/04<br>purchase price: $550,000.00<br>Curent market value: $764,109.00<br>Cost of sale  (-8%): $82,104.00<br>Encumberences: $1,178,126.00<br>Net Equity: $0.00 | Fee Simple | | 764,109.00 | 1,178,126.00 |
| Debtor's rental property located at 311 E. Poppyfields Dr., Altadena, CA 91001-SFR<br>purchase date: 10/2005<br>purchase price: $535,000.00<br>Current market value: $ 355,900.00 | Fee Simple | | 355,900.00 | 399,980.00 |
| | | TOTAL | 3,071,009.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07) - Cont.

IN RE Shay, Allen Bernard
Debtor(s)

Case No. 2:12-bk-26069-RK
(If known)

## SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Cost of sale (-8%): $28,472.00<br>Encumberences: $399,980.00<br>Net Equity: $0.00 | | | | |
| Debtor's rental property located at: 175 S. Lake Ave., Pasadena, CA - Condominium<br>purchase date: 6/2007<br>purchase price: $399,000.00<br>Current Market value: $292,200.00<br>Cost of sale (-8%): $23,376.00<br>Encumberances: $302,579.60<br>Net Equity: $0.00 | Fee Simple | | 292,200.00 | 303,827.60 |
| Debtor's rental property located at: 601 S. Grevillea Ave., Inglewood, CA 90301-Condominium<br>purchase date: 1/2008<br>purchase price: $265,000.00<br>Current market value: $144,000.00<br>Cost of sale (-8%): $11,520.00<br>Encumberances: $204,857.33<br>Net Equity: $0.00 | Fee Simple | | 144,000.00 | 205,192.15 |
| Debtor's residence located at 1175 Pine Bluff Dr., Pasadena, CA 91107-SFR<br>purchase date: 7/1990<br>purchase price: $365,000.00<br>Current market value: $742,013.00<br>Cost of sale: $116,232.00<br>Encumberences: $736,830.50<br>Net Equity: $5,182.00 | Fee Simple | | 742,000.00 | 736,830.50 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Shay, Allen Bernard _____    Case No. 2:12-bk-26069-RK
                                           Debtor(s)                                                                   (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Business, Checking account#4851 | | 15,000.00 |
| | | Bank of America, Client Trust Account ******4818 | | 2,532.00 |
| | | Chase, Checking account #0442 | | 225.08 |
| | | Chase, Savings account #0819 | | 261.19 |
| | | Chase, Savings account#6502 | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Miscellaneous household goods, furniture, furnishings, televisions, stereos, video and computer equipment primarily for personal use | | 3,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous non-collectable books, pictures, compact discs and dvd's | | 2,000.00 |
| 6. Wearing apparel. | | Clothing, shoes, hats, jackets, and other personal effects | | 450.00 |
| 7. Furs and jewelry. | | Watches, glasses, and various items of personal jewelry | | 1,425.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term policy through Allstate<br>No cash surrender or refund value<br>Face value $25,000.00 | | 0.00 |
| | | Term policy through Primerica<br>No cash surrender or refund value<br>Face value $1,000,000.00 | | 0.00 |
| | | Term policy through Protective Life Insurance Co.<br>No cash surrender or refund value<br>Face value $500,000.00 | | 0.00 |
| | | Whole policy through Western Reserve Life Assurance Co.<br>Cash surrender or refund value: $27,847.80<br>Face value $750,000.00 | | 27,847.80 |
| 10. Annuities. Itemize and name each issue. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Shay, Allen Bernard                                                                                    Case No. 2:12-bk-26069-RK
                    Debtor(s)                                                                                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stock through Ameratrade 420 shares at $30.00 value each share<br>Value: $12,600.00 | | 12,600.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Utility Patent Pending which have never been approved due to financial and legal issues; therefore has no value. | | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Security Deposit of Jan Hurren - 80 Arlington Drive, Pasadena, CA 91104 | | 6,500.00 |
| | | Security Deposit of Pat Trass - 311 E. Poppyfields St., Altadena, CA 91001 - subject to rent reduction agreement for $425 per month effective 7-1-2012 | | 3,150.00 |
| | | Security Deposit of Stephen Nabler - 175 S. Lake Ave., #303, Pasadena, CA 91101 | | 1,900.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Shay, Allen Bernard
Debtor(s)

Case No. 2:12-bk-26069-RK
(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Mercedes Benz SL1200 with 250,000 miles, not in debtor's possession (paid in full) (Vehicle is non-operable) | | 500.00 |
| | | 2009 Nissan Murano with 66,254 miles, in debtor's possession (paid in full) | | 12,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Potential lawsuit of complaint filed for negligence Case no: BC469461 | | unknown |

TOTAL  90,391.07

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

___0___ continuation sheets attached

B6C (Official Form 6C) (04/10)

IN RE **Shay, Allen Bernard**          Case No. **2:12-bk-26069-RK**
Debtor(s)         (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| Debtor's residence located at 1175 Pine Bluff Dr., Pasadena, CA 91107-SFR<br>purchase date: 7/1990<br>purchase price: $365,000.00<br>Current market value: $742,013.00<br>Cost of sale: $116,232.00<br>Encumberences: $736,830.50<br>Net Equity: $5,182.00 | CCCP § 703.140(b)(5) | 5,182.50 | 742,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Bank of America Business, Checking account#4851 | CCCP § 703.140(b)(5) | 15,000.00 | 15,000.00 |
| Clothing, shoes, hats, jackets, and other personal effects | CCCP § 703.140(b)(3) | 450.00 | 450.00 |
| Watches, glasses, and various items of personal jewelry | CCCP § 703.140(b)(4) | 1,425.00 | 1,425.00 |
| Whole policy through Western Reserve Life Assurance Co.<br>Cash surrender or refund value: $27,847.80<br>Face value $750,000.00 | CCCP § 703.140(b)(8) | 11,800.00 | 27,847.80 |
| Stock through Ameratrade 420 shares at $30.00 value each share<br>Value: $12,600.00 | CCCP § 703.140(b)(5) | 1,642.50 | 12,600.00 |
| 2009 Nissan Murano with 66,254 miles, in debtor's possession (paid in full) | CCCP § 703.140(b)(2) | 3,525.00 | 12,500.00 |

\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

IN RE Shay, Allen Bernard _____ Case No. 2:12-bk-26069-RK
                              Debtor(s)                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7220 Bank Of America PO Box 5170 Simi Valley, CA 93062 | | | Account opened on . 1st Deed of Trust on debtor's rental property located at 65 Figueroa Drive, Altadena, CA VALUE $ 332,400.00 | | | | 444,702.00 | 112,302.00 |
| ACCOUNT NO. 2146 Carrington Mortgage Services, LLC. PO Box 79001 Pheonix, AZ 85062 | | | Account opened on 2008. 1st Deed of Trust on debtor's rental property located at 312 Camilia Ave., Ontario, CA VALUE $ 439,400.00 | | | | 507,500.00 | 68,100.00 |
| ACCOUNT NO. 2395 Chase P.O. Box 30281 Salt Lake City, UT 84130 | | | Account opened on 6/2007. Deed of Trust on debtor's rental property located at 175 S. Lake Ave., #303, Pasadena, CA VALUE $ 292,200.00 | | | | 302,579.60 | 10,379.60 |
| ACCOUNT NO. 6747 Chase P.O. Box 30281 Salt Lake City, UT 84130 | | | Account opened on 7/1990. 1st Deed of Trust on debtor's residence located at 1175 Pine Bluff Dr., Pasadena, CA VALUE $ 742,000.00 | | | | 236,830.50 | |

__2__ continuation sheets attached

Subtotal (Total of this page) $ 1,491,612.10  $ 190,781.60

Total (Use only on last page) $  $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE Shay, Allen Bernard                                                         Case No. 2:12-bk-26069-RK
                                    Debtor(s)                                                 (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6741<br>Chase<br>P.O. Box 30281<br>Salt Lake City, UT 84130 | | | Account opened on 7/2004. Home Equity Line of Credit on debtor's residence located at 1175 Pine Bluff Dr., Pasadena, CA 91107<br><br>VALUE $ 742,000.00 | | | | 500,000.00 | |
| ACCOUNT NO. 1245<br>Chase<br>P.O. Box 30281<br>Salt Lake City, UT 84130 | | | Account opened on 6/2008. Home Equity Line of Credit on debtor's rental property located at 80 Arlington Dr., Pasadena, CA<br><br>VALUE $ 764,109.00 | | | | 503,126.00 | 414,017.00 |
| ACCOUNT NO. 5561<br>Citi Mortgage<br>PO Box 689196<br>Des Moines, IA 50368 | | | Account opend on 9/05. 1st Deed of Trust on debtor's rental property located at 311 E. Poppyfields Dr., Altadena, CA<br><br>VALUE $ 355,900.00 | | | | 399,980.00 | 44,080.00 |
| ACCOUNT NO. 8357<br>Citi Mortgage<br>PO Box 689196<br>Des Moines, IA 50368 | | | Account opened on 8/2004. Deed of trust on debtor's rental property located at 80 Arlington Dr., Pasadena, CA 91105<br><br>VALUE $ 764,109.00 | | | | 675,000.00 | |
| ACCOUNT NO. 5303<br>Condo Properties<br>1452 W. 9th St. E<br>Upland, CA 91786 | | | Account opendon 3/3012. HOA Fees on debtor's rental property located at<br><br>VALUE $ 292,200.00 | | | | 1,248.00 | 1,248.00 |
| ACCOUNT NO. 4272<br>EOS CCA<br>PO Box 439<br>Norwell, MA 02061 | | | Account opened on 4/2012. HOA Fees on debtor's rental property located at<br><br>VALUE $ 144,000.00 | | | | 334.82 | 334.82 |

Sheet no. 1 of 2 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ 2,079,688.82  $ 459,679.82

Total
(Use only on last page)  $  $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE Shay, Allen Bernard
Debtor(s)

Case No. 2:12-bk-26069-RK
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8984<br>One West Bank<br>C/O IndyMac Mortgage Services<br>PO Box 7056<br>Pasadena, CA  91109 | | | Account opened on 1/2008. 1st Deed of Trust on debtor's rental property located at 601 S. Grevillea Avenue, Inglewood, CA 90301<br><br>VALUE $ 144,000.00 | | | | 204,857.33 | 60,857.33 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 204,857.33  $ 60,857.33

Total (Use only on last page) $ 3,776,158.25  $ 711,318.75

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6I (Official Form 6I) (12/07)

IN RE Shay, Allen Bernard _____ Case No. **2:12-bk-26069-RK**
                                Debtor(s)                                         (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Real Estate Broker | |
| Name of Employer | Shay & Associates | |
| How long employed | 26 years | |
| Address of Employer | 202 S. Lake Ave., Suite 260 Pasadena, CA 91101 | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | $ |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | **$ 0.00** | **$** |
| 4. LESS PAYROLL DEDUCTIONS |  |  |
| a. Payroll taxes and Social Security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
|  | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | **$ 0.00** | **$** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | **$ 0.00** | **$** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 11,775.00 | $ |
| 8. Income from real property | $ 12,716.00 | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) _____ | $ | $ |
|  | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) _____ | $ | $ |
|  | $ | $ |
|  | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | **$ 24,491.00** | **$** |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | **$ 24,491.00** | **$** |

**16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)     $ **24,491.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
Regular Business Income breakdown:
Commissions $11,151
Book Sales $50
Property Management $174
Tax Services $400