1  ANTHONY A. FRIEDMAN (SBN 201955)
2  LEVENE, NEALE, BENDER, YOO
   & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  Email: aaf@lnbyb.com

6  Attorneys for Alfred H. Siegel, Chapter 7 Trustee

**FILED & ENTERED**

**JUN 06 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| **In re** | Case No. 2:12-bk-26069-RK |
| **ALLEN B. SHAY,** | Chapter 7 |
| **Debtor.** | **ORDER GRANTING, IN PART, AND DENYING, IN PART, CHAPTER 7 TRUSTEE'S MOTION FOR ORDER DISALLOWING CLAIM NO. 14 FILED BY ALLEN SHAY** |
| | **Hearing Date**<br>Date:   May 28, 2019<br>Time:   11:00 a.m.<br>Place:  Courtroom 1675<br>        255 E. Temple Street<br>        Los Angeles, California 90012 |

//

//

The hearing (the "Hearing") on the *Notice of Motion and Motion for Order Disallowing Claim No.14 Filed by Allen Shay* (the "Motion") filed on March 8, 2019 [Docket No. 326] by Alfred H. Siegel, not individually and solely in his capacity as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Allen B. Shay (the "Debtor"), came on regularly for hearing on May 28, 2019 at 11:00 a.m. in Courtroom 1675 of the above-captioned Court before the Honorable Robert N. Kwan, United States Bankruptcy Judge, presiding.  Anthony A. Friedman of Levene, Neale, Bender, Yoo & Brill L.L.P. appeared on behalf of the Trustee.  The Debtor appeared on his own behalf.  All other appearances, if any, were as noted on the record.

The Court having read and considered the Notice of the Motion and Motion [Docket No. 326], the Debtor's opposition to the Motion (the "Opposition") [Docket No. 329], the Trustee's reply to the Opposition to the Motion [Docket No. 331]; the Scheduling Order regarding the Motion [Docket No. 333]; the Debtor's Supplemental Opposition and Declaration of the Debtor to the Motion [Docket No. 336]; the Trustee's Supplemental Reply to the Motion [Docket No. 340]; the Notice of Errata to the Trustee's Supplemental Reply to the Motion [Docket No. 342]; the Court's Order entered May 21, 2019 setting the matter for evidentiary hearing [Docket No. 344]; the Court having conducted an evidentiary hearing at the Hearing; the Court having issued its findings of fact and conclusions of law on the record; and good cause appearing,

**IT IS ORDERED AS FOLLOWS:**

1.  The Motion is granted, in part, and denied, in part.

2.  The Debtor shall have an allowed administrative claim in the amount of $2,000.00 against Debtor's estate pursuant to 11 U.S.C. § 503.

**IT IS SO ORDERED.**    # # #

Date: June 6, 2019

_____
Robert Kwan
United States Bankruptcy Judge