Allen Shay
202 S. Lake Avenue, Suite 260
Pasadena, CA 91101
Telephone (626) 584-0499
Facsimile (626) 584-0703
shayandassociates@hotmail.com

Debtor in Propria Persona

FILED
JUN 27 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>Allen B. Shay,<br>      Debtor, | Case No: 2;12-bk-26069-RK<br><br>Chapter 7<br><br>Notice of Motion and Motion for Extension of Time<br>Federal Rule of Bankruptcy Procedure 8002(d)<br><br><u>Hearing Date</u><br>Date : N/A<br>Time : N/A<br>Place: Courtroom 1675<br>      255 E. Temple Street<br>      Los Angeles, California 90012 |

**To All Interested Parties:**

---

NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME - 1

**Please Take Notice** on June 26, 2019, Allen B. Shay, the Chapter 7 Debtor, filed a Motion for Extension of Time under Rule 8002(d).

**Please Take Further Notice** that, as result of the Debtor's motion and in accordance with applicable Local Bankruptcy Rule, there has been no schedule time for this hearing in Courtroom 1675 before the Honorable Robert N. Kwan, United States Bankruptcy Judge for the Central District of California, Los Angeles Division, located at 255 E. Temple Street, Los Angeles, California 90012, the Court will consider the Motion for Extension of Time under Rule 8002(d).

Dated: June 26, 2019

By: _____

Allen B. Shay Debtor In Propria Person

NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME - 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Allen B. Shay<br>202 South Lake Avenue Suite 260<br>Pasadena, CA 91101<br>Telephone: (626) 584-0499<br>Facsimile: (626) 584-0703<br>Email: shayandassociates@hotmail.com | FOR COURT USE ONLY<br><br>LODGED<br>JUN 27 2019<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                    Deputy Clerk |
|---|---|
| [X] Individual *appearing without an attorney*<br>[ ] *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA** - LOS ANGELES DIVISION

| In re:<br><br>ALLEN B. SHAY | CASE NO.: 2-12-bk-26069-RK<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br>NOTICE OF MOTION AND MOTION FOR ORDER FOR EXTENSION OF TIME FILED BY ALLEN SHAY |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled  Order Granting Motion for Extension of Time, Debtor Granted 14 Days to File an Appeal

was lodged on *(date)* June 27, 2019     and is attached.  This order relates to the motion which is docket number  351 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    F 9021-1.2.BK.NOTICE.LODGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
202 South Lake Avenue Suite 260, Pasadena, CA 91101

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __06/26/19__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 26, 2019 | Nimrod Smith | *Nimrod Smith* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                              F 9021-1.2.BK.NOTICE.LODGMENT

# EXHIBIT 3

Allen Shay
202 S. Lake Avenue, Suite 260
Pasadena, CA 91101
Telephone (626) 584-0499
Facsimile (626) 584-0703
shayandassociates@hotmail.com

Debtor in Propria Persona

**LODGED**
JUN 27 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>Allen B. Shay,<br>    Debtor, | Case No: 2;12-bk-26069-RK<br><br>Chapter 7<br><br>**Order Granting Motion for Extension of Time, Debtor Granted 14 Days to File an Appeal**<br><br><u>Hearing Date</u><br>Date : N/A<br>Time : N/A<br>Place: Courtroom 1675<br>      255 E. Temple Street<br>      Los Angeles, California 90012 |

**To All Interested Parties:**

---

ORDER GRANTING MOTION AND MOTION FOR EXTENSION OF TIME

The hearing (the "Hearing") on the Notice of Motion and Motion for Extension of Time filed by Allen Shay (the "Motion") on June 26, 2019, was filed timely in accordance to Rule 8002(d).

The Court having read and considered the Notice of the Motion and Motion for Extension of Time as a result of [Docket No. 351]; Debtor's Declaration and attached exhibits; the Court having issued its findings of fact and conclusions of laws on the record; and good cause appearing,

**IT IS ORDERED AS FOLLWS:**

1.      The motion is granted.

2.      The Debtor shall have 14 days extension to file an appeal.

**IT IS SO ORDERED.**

# # #